IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUEL BELMONTE, et al | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:19-CV-01867-X |
| | § | |
| MEDSTAR MOBILE HEALTHCARE, et al | § | |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the Judge of this Court may evaluate possible disqualification or recusal.

**A.  Parties:**

    Plaintiffs:    Manuel Belmonte
                            Liliana Belmonte
                            Cecelia Belmonte
                            Sophia Belmonte

    Defendants:    MedStar Mobile Healthcare
                            UT Southwestern Medical Center
                            University of Alabama at Birmingham
                            United States Department of Health and Human Services Center for Disease Control and Prevention
                            Planned Parenthood Southwest Fort Worth

**B.  Self-Insurance Fund**    Texas Municipal League
     **Administrator for MedStar**   Intergovernmental Risk Pool

**C.  Attorneys for:**

**Plaintiffs:**    D. Bradley Kizzia
                  KIZZIA JOHNSON, PLLC
                  1910 Pacific Avenue, Ste. 13000
                  Dallas, Tx 75201
                  (469) 893-9940

**Defendant MedStar Mobile**    James T. Jeffrey, Jr.
**Healthcare:**    Law Offices of Jim Jeffrey
                  3200 W. Arkansas Lane
                  Arlington, Tx 76016
                  (817) 261-3200

_____

| | |
|---|---|
| **Defendant UT Southwestern Medical Center:** | Unknown to this Defendant |
| **Defendant University of Alabama:** | Unknown to this Defendant |
| **Defendant United States Department of Health and Human Services Center for Disease Control and Prevention:** | Unknown to this Defendant |
| **Defendant Planned Parenthood Southwest Fort Worth:** | Brian C. Brisco<br>CANTEY HANGER, LLP<br>600 W. 6th Street, Ste. 300<br>Fort Worth, Tx 76102<br>(817) 877-2861 |

    Respectfully submitted,

    __/s/*James T. Jeffrey, Jr.*__
    JAMES T. JEFFREY, JR.
    Texas Bar No. 10612300
    LAW OFFICES OF JIM JEFFREY
    3200 W. Arkansas Lane
    Arlington, Texas 76016
    (817) 261-3200
    Fax (817) 275-5826
    ATTORNEY FOR DEFENDANT
    MEDSTAR MOBILE HEALTHCARE

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing is being forwarded to all parties and counsel of record this 4th day of October, 2019 through the ECF System for the Northern District of Texas.

    __/s/*James T. Jeffrey, Jr.*__
    JAMES T. JEFFREY, JR.

---